# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

UNITED STATES OF AMERICA,   Criminal No. 09-327 (2) (JRT/RLE)

        Plaintiff,

v.                                    **ORDER**

TYTUS AHTUSHMIT BASSETT,

        Defendant.

_____

    Christopher Wolfe, Assistant United States Attorneys, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

    Bruce Rivers, **RIVERS & ASSOCIATES, PA,** 100 North Sixth Street, Suite 280B, Minneapolis, MN 55403, for defendant.

This matter is before the Court upon the defendant's motion to exclude the period of time from the date of this order through March 1, 2010 from the Speedy Trial Act computations in this case. Pursuant to 18 U.S.C. § 3161(h)(8)(A), the Court finds that the ends of justice served by the granting of such continuance outweigh the best interest of the public and the defendant in a speedy trial. This finding is based on the facts set forth in the Defendant's Statement of Facts in Support of Exclusion of Time Under Speedy Trial Act and in the accompanying motion.

Based on all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1) The defendant's motion to exclude time under the Speedy Trial Act [Docket No. 48] is **GRANTED**.

2) The period of time from the date of this order through March 1, 2010 shall be excluded from the Speedy Trial Act computations in this case.

Dated: January 22, 2010
at Minneapolis, Minnesota

     s/ John R. Tunheim
JOHN R. TUNHEIM
United States District Judge